ADELAIDE A. HILLYER, Appellant, *v.* MARY ANN VANDE-
WATER et al., Respondents.

(Argued February 27, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order made
April 4, 1888, which affirmed a judgment in favor of defendants
entered upon a decision of the court on trial at Special Term.

This case is not reported for the reason that a majority of the
court did not concur in either opinion.

*Theodore F. Miller* for appellant.

*Louis Marshall* for respondents.

FINCH and GRAY, JJ., read for affirmance, and RUGER, Ch.
J., and ANDREWS, J., concur in result.

EARL, J., reads for reversal. PECKHAM and O'BRIEN, JJ.,
concur.

Judgment affirmed. _____

_____

LAURIS TENDRUP, Respondent, *v.* THE JOHN STEPHENSON
COMPANY (LIMITED), Appellant.

(Argued April 29, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 4, 1888, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and affirmed an order deny-
ing a motion for a new trial.

*John Notman* for appellant.

*J. Edward Swanstrom* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.